## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| LOLITA YVETTE SUGGS, individually,<br><br>    Plaintiff,<br><br>v.<br><br>GUEST HOUSE AT GRACELAND LLC, a Delaware Limited Liability Company, d/b/a The Guest House at Graceland, LLC and d/b/a Elvis Presley Enterprises; ELVIS PRESLEY ENTERPRISES 1 INC., a Tennessee For-Profit-Corporation d/b/a Elvis Presley Enterprises; ELVIS PRESLEY ENTERPRISES, LLC, A Delaware Limited Liability Company d/b/a Elvis Presley Enterprises; and GRACELAND HOLDINGS LLC, d/b/a Graceland Holdings, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | No. 2:26-cv-02278-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff Lolita Yvette Suggs' Complaint, (ECF No. 1), filed March 16, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Joint Stipulation of Dismissal with Prejudice as to All Defendants, filed August 10, 2026, (ECF No. 26), and under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 12, 2026
Date